# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:12MJ3022 |
| vs. | ) | DETENTION ORDER |
| MARIO SUCHITE-CAMPOS, | ) | COMPLAINT |
| Defendant. | ) | |

The defendant waived the right to a detention hearing and a preliminary hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 5 (d)(3),

IT IS ORDERED,

1) The above-named defendant shall be detained pending further order of the court.

2) A status hearing will be held on **April 13, 2012 at 2:00 p.m.** before the undersigned magistrate judge. Counsel for the government, defense counsel, and the defendant shall attend the hearing.

April 4, 2012          BY THE COURT:

*s/Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge